CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Frank Soto**, | Case 5:19-CV-02488-JFW-SP |
| Plaintiff, | **Plaintiff's Amended Application for Default Judgment by Court Against Z Hawara Investments, LLC** |
| v. | |
| **Z Hawara Investments, LLC**, a California Limited Liability Company; and Does 1-10, | Date:    June 22, 2020<br>Time:    1:30 p.m.<br>Ctrm:    7A |
| Defendants. | |

To Defendant Z Hawara Investments, LLC, and the attorneys of record, if any: Please take notice that on June 22, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at the United States Courthouse, 350 W. 1st Street, Los Angeles, California, Plaintiff Frank Soto, will present his application for default judgment against defendant Z Hawara Investments, LLC. The Clerk has previously entered the default on Z Hawara Investments, LLC, on March 9, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Z Hawara Investments, LLC is a business

Plaintiff's Application for Default Judgment          Case: 5:19-CV-02488-JFW-SP

entity and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Z Hawara Investments, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a monetary judgment in the amount of $8,059.50 against defendant Z Hawara Investments, LLC and an order directing the defendant to provide compliant, accessible parking at the store parking lot located at 44350 Jackson Street, Indio, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the application for default judgment by court was served on defendant Z Hawara Investments, LLC, on May 15, 2020, by first class United States Mail, postage prepaid.

Dated: May 15, 2020                CENTER FOR DISABILITY ACCESS

By: */s/ Russell Handy*
Russell Handy, Esq.,
Attorney for Plaintiff

Plaintiff's Application for Default Judgment          Case: 5:19-CV-02488-JFW-SP