JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Frank Soto,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Z Hawara Investments, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case 5:19-CV-02488-JFW-SP<br><br>**Judgment**<br>(re: Default Judgment) |

　　　Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Frank Soto shall have JUDGMENT in his favor for $4,000.00 in statutory damages and $4,059.50 in attorneys' fees and costs against defendant Z Hawara Investments, LLC. Additionally, Z Hawara Investments, LLC is ordered to provide accessible parking at the store parking lot at 44350 Jackson Street, Indio, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: June 12, 2020

_____
United States District Judge